IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 06-cv-01858-RPM

KAREN SAMPSON,
NORMAN FECK,
LOUISE SCHILLER,
TOM SORG,
WES CORNWELL and
BECKY CORNWELL,

      Plaintiffs,

v.

GIGI DENNIS, in her official capacity as
SECRETARY OF STATE, STATE OF COLORADO,

      Defendant.


**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M.V. Wentz
 Secretary


      Pursuant to the Stipulation to Extend Time to File Response to Complaint (Doc. #3), Defendant is granted an extension of time, to and including October 30, 2006, within which to file an answer.


Dated:   October 10, 2006