IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01858-RPM

KAREN LOUISE SAMPSON,
NORMAN FECK,
LOUISE SCHILLER,
TOM SORG,
WES CORNWELL, and
BECKY CORNWELL,

       Plaintiffs,
v.

MIKE COFFMAN, in his official capacity as Colorado Secretary of State,

       Defendant.

## ORDER TO PROCEED

At the scheduling conference held on December 14, 2006, the Court raised threshold questions concerning whether the challenged constitutional provision, statute and regulations are applicable to an annexation petition and election and whether the plaintiffs' claims are rendered moot by the election.  Accordingly, the parties submitted a Revised Scheduling Order, entered by the Court on December 27, 2006, agreeing to a briefing schedule addressing those questions and the additional question of whether the Secretary of State is a proper party defendant and/or whether Douglas County is the proper party defendant.  The parties have submitted those briefs and are in agreement that the challenged laws are applicable and that the plaintiffs' claims are not rendered moot by the election.  They disagree with respect to the Secretary of State as being the proper party defendant.  While Douglas County would appear to be the

proper defendant if the plaintiffs' claims were directed to filings made for the annexation election, the plaintiffs' challenges are to the constitutionality of Article XXVIII to the Colorado Constitution, the pertinent provision of the Colorado Campaign Finance Act and the Secretary of State's rules and regulations implementing those provisions. The Secretary of State is the state officer responsible for implementation and enforcement of the provisions under challenge and is therefore the appropriate defendant in this case.

Having resolved these initial questions, it is now

ORDERED that the parties shall proceed with discovery and development of the issues to be adjudicated in this civil action in accordance with the Revised Scheduling Order of December 27, 2006.

Dated: February 26th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge