**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  April 18, 2007
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 06-cv-01858-RPM

| | |
|---|---|
| KAREN SAMPSON, | Steve Simpson |
| NORMAN FECK, | Valeri Bayham |
| LOUISE SCHILLER, | |
| TOM SORG, | |
| WES CORNWELL, and | |
| BECKY CORNWELL, | |

    Plaintiffs,

v.

| | |
|---|---|
| MIKE COFFMAN, in his official capacity as | Monica Marquez |
| Secretary of State, State of Colorado, | Maurice Knaizer |

    Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Quash Subpoena and for Protective Order**

**1:59 p.m.**     **Court in session.**

James David Hopkins present.

Court's preliminary remarks.

2:02 p.m.     Argument by Mr. Simpson.

2:18 p.m.     Argument by Ms. Marquez.

Ms. Marquez states if the Court grants the motions to quash defendant will stipulate to the use of the prior deposition transcripts.

2:20 p.m.     Argument by Mr. Hopkins.

**ORDERED:**     **Motion to Quash Subpoena and for Protective Order, filed April 17, 2007 [17], is denied.
Motion to Quash, filed April 17, 2007 [18], is denied.**

Court states that if Mr. Hopkins cannot attend the depositions he will be responsible for counsel's travel costs incurred due to rescheduling.

**2:25 p.m.**     **Court in recess.**          Hearing concluded.  Total time: 26 min.