IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01858-RPM

KAREN LOUISE SAMPSON,
NORMAN FECK,
LOUISE SCHILLER,
TOM SORG,
WES CORNWELL, and
BECKY CORNWELL,

       Plaintiffs,

v.

MIKE COFFMAN, in his official capacity as Colorado Secretary of State,

       Defendant.

---

## ORDER DENYING MOTION TO MODIFY REVISED SCHEDULING ORDER

---

The Unopposed Motion to Modify Revised Scheduling Order (Doc. #22), filed on

June 15, 2007, is denied for failure to comply with D.C.COLO.LCiv.R 7.1A.

Dated: June 18th, 2007

       BY THE COURT:

       s/Richard P. Matsch

       _____

       Richard P. Matsch, Senior District Judge