IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01858-RPM

KAREN LOUISE SAMPSON,
NORMAN FECK,
LOUISE SCHILLER,
TOM SORG,
WES CORNWELL, and
BECKY CORNWELL,

       Plaintiffs,

v.

MIKE COFFMAN, in his official capacity as Colorado Secretary of State,

       Defendant.

## ORDER AMENDING SCHEDULING ORDER

Pursuant to the Amended Unopposed Motion to Modify Revised Scheduling Order (Doc. #24), filed on June 18, 2007, it is

ORDERED that the Revised Scheduling Order is amended as follows:

a. The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R.Civ. P. 26(a) (2) on or before August 31, 2007.

b.  Interrogatories, request for production of documents and requests for admissions shall be served no later than June 29, 2007, with responses due thirty days thereafter.

c.  Discovery cut-off shall be October 15, 2007.

    d.  The dispositive motion deadline shall be November 30, 2007.

Dated: June 18th, 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge