IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 06-cv-01858-RPM

KAREN SAMPSON,
NORMAN FECK,
LOUISE SCHILLER,
TOM SORG,
WES CORNWELL and
BECKY CORNWELL,

    Plaintiffs,

v.

MIKE COFFMAN, in his official capacity as
SECRETARY OF STATE, STATE OF COLORADO,

    Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M.V. Wentz
 Secretary


    Pursuant to Doc. #41, the Secretary's Motion for Leave to File Declarations Verifying Expert Reports Previously Submitted as Exhibits A-72, A-73, and A-74 in Response to Plaintiffs' Motion for Summary Judgment [37] is granted.

    Pursuant to Doc. #40, Plaintiffs' Motion to Strike the Declaration of Daniel A. Smith (Ex. A-82) or, in the Alternative, to Conduct Additional Discovery and/or File a Brief Surreply [38] is now moot.


Dated:  April 11, 2008