IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: April 15, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 06-cv-01858-RPM

| | |
|---|---|
| KAREN SAMPSON, | Steve Simpson |
| NORMAN FECK, | |
| LOUISE SCHILLER, | |
| TOM SORG, | |
| WES CORNWELL, and | |
| BECKY CORNWELL, | |
|     Plaintiffs, | |
| v. | |
| MIKE COFFMAN, in his official capacity as | Monica Marquez |
| Secretary of State, State of Colorado, | Maurice Knaizer |
|     Defendant. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**2:28 p.m.**     **Court in session.**

Defendant's representative Christi Heppard present.

Court's preliminary remarks and states its summary and view of the case.

| | |
|---|---|
| 2:38 p.m. | Argument by Mr. Simpson. |
| 3:10 p.m. | Argument by Ms. Marquez. |
| 3:46 p.m. | Rebuttal argument by Mr. Simpson. |

**ORDERED:**     **Secretary's Motion for Summary Judgment, filed November 30, 2007 [27], is taken under advisement.**

**ORDERED:**     **Plaintiffs' Motion for Summary Judgment, filed November 30, 2007 [29], is taken under advisement.**

**4:04p.m.**     **Court in recess.**     Hearing concluded. Total time: 1 hr. 32 min.