IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-01858-RPM

KAREN LOUISE SAMPSON,
NORMAN FECK,
LOUISE SCHILLER,
TOM SORG,
WES CORNWELL, and
BECKY CORNWELL,

    Plaintiffs,

v.

MIKE COFFMAN, in his official capacity as Colorado Secretary of State,

    Defendant.

___

ORDER STAYING PROCEEDINGS ON ATTORNEYS' FEES AND COSTS

___

After review of Plaintiffs' Unopposed Motion to Stay Proceedings on Attorneys' Fees and Costs Pending Appeal, filed September 26, 2008 [57], it is

ORDERED that the motion is granted and the deadline to file a bill of costs and a motion for attorney fees is the later of either October 20, 2008 or fourteen days after an appeal case if filed has been resolved.

DATED: September 26th, 2008

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge