IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01858-RPM

KAREN LOUISE SAMPSON,
NORMAN FECK,
LOUISE SCHILLER,
TOM SORG,
WES CORNWELL, and
BECKY CORNWELL,

    Plaintiffs,

v.

COLORADO SECRETARY OF STATE,

    Defendant.

---

ORDER DIRECTING PLAINTIFFS TO SUBMIT PROPOSED JUDGMENT

---

    Pursuant to the Mandate from the Tenth Circuit Court of Appeals, received December 1, 2010, and the Judgment and Opinion of that court entered November 9, 2010, this Court has been directed to enter a declaratory judgment in favor of the plaintiffs declaring Colorado's campaign finance disclosure requirements in the Colorado Constitution and the Colorado Fair Campaign Practices Act to be unconstitutional as applied to the election at issue in this case because of a violation of the First Amendment protection of the freedom of association.  To enable this Court to comply with that Mandate, it is now

    ORDERED that the plaintiffs shall on or before Friday, February 4, 2011, submit a proposed form of judgment, so designated, and the defendant Colorado Secretary

State shall have to and including Friday, February 11, 2011, to submit comments on the proposed judgment if there is any disagreement between the parties.

DATED: January 19th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge