IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01858-RPM

KAREN LOUISE SAMPSON,
NORMAN FECK,
LOUISE SCHILLER,
TOM SORG,
WES CORNWELL, and
BECKY CORNWELL,

      Plaintiffs,

v.

COLORADO SECRETARY OF STATE,

      Defendant.

---

ORDER DISMISSING PLAINTIFFS' CLAIM FOR ATTORNEY'S FEES AND COSTS

---

      Pursuant to the Stipulation of Dismissal of Plaintiffs' Claim for Attorney's Fees and Costs Pursuant to Settlement [83] filed May 2, 2011, it is

      ORDERED that Plaintiffs' claim for attorney's fees and costs is dismissed.

      DATED: May 3rd, 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge